**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7895**

JIBRIL LUQMAN IBRAHIM,

                              Plaintiff - Appellant,

        versus

UNITED STATES PAROLE BOARD MEMBERS; OTIS
THOMPSON, United States Parole Commissioner,
et al.,

                              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.  (CA-
03-3402-RDB)

Submitted:  March 17, 2006          Decided:  March 31, 2006

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jibril Luqman Ibrahim, Appellant Pro Se.  Allen F. Loucks,
Jennifer A. Wright, Assistant United States Attorneys, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jibril Luqman Ibrahim appeals the district court's order denying his motion for relief from judgment, filed pursuant to Fed. R. Civ. P. 60(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ibrahim v. U.S. Parole Board, No. CA-03-3402-RDB (D. Md. filed Oct. 14, 2005 & entered Oct. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED